**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**REMOI CAMPBELL,**

      **Petitioner,**

**v.**                                **Case No.  4:26-cv-257-TKW-ZCB**

**M. BRYSON,**

      **Respondent.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) (Doc. 10) and Petitioner's "Motion to Compel" (Doc. 15), which states that it is "an objection to the June 26, 2026, Report and Recommendation."

The purported objection does not challenge any particular aspect of the R&R, and upon due consideration of it and Petitioner's other post-R&R filings (Docs. 13, 14),[1] the Court agrees with the magistrate judge's determination this case should be dismissed because the amended habeas petition under 28 U.S.C. §2241 is frivolous and does not state a factual or legal basis for habeas relief.  The second amended

---

[1] Doc. 13 is a second amended habeas petition, and  Doc. 14 is a motion to proceed in forma pauperis.

habeas petition (Doc. 13) does not change that determination because it is just as nonsensical and frivolous as the operative amended petition.  Accordingly, it is

**ORDERED** that:

1.      The magistrate judge's R&R is adopted and incorporated by reference in this Order.

2.      The amended habeas petition (Doc. 9) is DISMISSED as frivolous, as is the second amended petition (Doc. 13).

3.      A certificate of appealability is DENIED.

4.      All pending motions are DENIED as moot.

5.      The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 17th day of July, 2026.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**